UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTIAN BENNETT and ) <br> OLIVIA J. COOLEY ) <br>    Plaintiffs ) <br> ) <br> v. ) <br> ) <br> HARTE FAMILY MOTORS, INC. ) <br>    Defendant ) <br> ) | CIVIL ACTION NO. <br> 3:17-CV-1024-VAB <br><br><br><br><br><br><br><br> OCTOBER 20, 2017 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Christian Bennett and Olivia J. Cooley, through their attorney, and the defendant, Harte Family Motors, Inc., through their attorneys, hereby stipulate that the plaintiffs' claims shall be dismissed with prejudice and without costs or attorney's fees.

        PLAINTIFFS, CHRISTIAN BENNETT and
        OLIVIA J. COOLEY,

        By: /s/ Daniel S. Blinn
            Daniel S. Blinn (ct02188)
            dblinn@consumerlawgroup.com
            Consumer Law Group, LLC
            35 Cold Spring Rd. Suite 512
            Rocky Hill, CT  06067
            Tel. (860) 571-0408
            Fax (860) 571-7457

DEFENDANT, HARTE FAMILY MOTORS, INC.

By: /s/ Nathan M. Mayhew
    Steven H. Malitz (ct07848)
    shmalitz@ryandelucalaw.com
    Nathan M. Mayhew (ct27978)
    nmmayhew@ryandelucaLaw.com
    Ryan Ryan Deluca LLP
    CityPlace II
    185 Asylum Street, 6th Floor
    Hartford, CT 06103
    Tel: (860) 785-5150
    Fax: (860) 785-5040

## CERTIFICATION

I hereby certify that on this 20th day of October, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Daniel S. Blinn*
    Daniel S. Blinn